**From:** "Vista Print" <ReedApplegate@rundu.marquisship.com>
**To:** <xxxx@asis.com>
**Sent:** Thursday, November 06, 2008 9:27 PM
**Subject:** 250 business card yours to have; *Free*

Get 250 FREE Business Cards Now!
http://www.paracrostic.com/vistaprint/

Hey, did you miss out on our FREE business cards offer?
http://www.paracrostic.com/vistaprint/

Everybody's talking about it.
8,000,000 people have cashed in on it!
Ok here's a second chance to grab it.
Order 250 professionally printed, full-color
business cards FREE right now.

Click the link below to view your business card designs and place your order:
http://www.paracrostic.com/vistaprint/


You Snooze,
You Lose!


VistaPrint provides the highest quality, full-color design and printing at the lowest prices -- guaranteed!
VistaPrint is a Top 20 e-commerce retailer, serving more than 8,000,000 customers worldwide.

If you do not want to receive e-mails concerning VistaPrint products, please cut and paste the following link in your browser or click here:

2202 S. Figueroa St.
Los Angeles, CA 90017
http://www.paracrostic.com/vistaprint/?
mu=yr087c777ckjr&wg=k7748697b7ng&u=unv17b366b77s&w=x75356e7d6skp&j=zb73357b78jq&gr=

Why does an alarm clock "go off" when it begins ringing?

**.**

**From:** "Vista Print" <RusselLively@koboh.marquisship.com>
**To:** <xxxx@asis.com>
**Sent:** Thursday, November 06, 2008 6:02 PM
**Subject:** 250 full colored business *FREE*.cards are yours to keep

Get 250 FREE Business Cards Now!
http://www.ampullated.com/vistaprint/

Hey, did you miss out on our FREE business cards offer?
http://www.ampullated.com/vistaprint/

Everybody's talking about it.
8,000,000 people have cashed in on it!
Ok here's a second chance to grab it.
Order 250 professionally printed, full-color
business cards FREE right now.

Click the link below to view your business card designs and place your order:
http://www.ampullated.com/vistaprint/

You Snooze,
You Lose!

VistaPrint provides the highest quality, full-color design and printing at the lowest prices -- guaranteed!
VistaPrint is a Top 20 e-commerce retailer, serving more than 8,000,000 customers worldwide.

If you do not want to receive e-mails concerning VistaPrint products, please cut and paste the following link in your browser or click here:

2202 S. Figueroa St.
Los Angeles, CA 90017
http://www.ampullated.com/vistaprint/?
qk=l087c777c77486ll&np=hqy97b717b366b777q&m=gt5356e7d6b73357x&iz=tb78697570697d7brj&v

If you don't pay your exorcist, do you get repossessed?

**:**

**From:** "VP Designs" <VPDesignsh250a@mononces.com>
**To:** <xxxxxx@sohum.net>
**Sent:** Thursday, November 06, 2008 9:28 AM
**Subject:** 250 business cards, with glossy finish & backside printingFREE

For a limited time only you can get 250 Free Business Cards
PLUS a free glossy stock upgrade and FREE printing on the back of your card!
Get noticed now with 250 FREE Business Cards + 2 FREE Upgrade!
VistaPrint provides the highest quality, full-color design and printing at the lowest prices guaranteed
VistaPrint is a Top 20 e-commerce retailer, serving more than 15,000,000 customers worldwide.
This exclusive offer applies to black and white backside printing only, color printing is not offered as free
The products and services
described in this e-mail
are provided by VistaPrint Limited = an international
Click the link below to view our business card designs and place your order:



Remove from our records
Prevent emails from us
95 Hayden Avenue,
Lexington, MA 02421

**From:** "BusinessCards" <ColbyFain@marniasay.info>
**To:** <xxxxxxx@asis.com>
**Sent:** Wednesday, November 05, 2008 9:19 AM
**Subject:** Shylablue: 250 Free business cards

Dear xxxxxxx!

Hey, did you miss out on our FREE business cards?

http://www.fatocan.info/vistaprint/

Everybody's talking about it.
12.000.000 people have cashed in on it!
Here's a second chance to grab it.

Order 250 professionally printed,
full-color business cards and get
140 matching return address
labels FREE right now!

http://www.fatocan.info/vistaprint/

BONUS!
Order today and get 140 matching
return address labels FREE.

YOU SNOOZE, YOU LOOZE.

http://www.fatocan.info/vistaprint/

Shipping and processing, product upgrades and

photo/logo uploads not included unless otherwise
specified. Not valid on previous purchases. See
web site for details.

If you do not want to receive e-mails concerning
VistaPrint products please click here:
http://www.fatocan.info/vistaprint/?
m=m03766b7c6f64656zyl&pz=yvf78684364766c763v&vq=xmk1667270306978666gll&us=he3076736

VistaPrint provides the highest quality, full-color
graphic design and printing at the lowest prices!
VistaPrint has served more than 9.000.000 customers worldwide.

The product and services described in this e-mail
are provided by VistaPrint Limited, the international
leaderfor webtop graphic design and printing.
United States customers may contact us in care of our
U.S subsidiary: VistPrint USA Incorporated, 95 Hayden Avenue,
Lexington, MA 02421.


To stop receiving commercial messages from this mailing list
please click here:
http://www.fatocan.info/vistaprint/?
m=m03766b7c6f64656zyl&pz=yvf78684364766c763v&vq=xmk1667270306978666gll&us=he3076736

---------
Gorskaya, 12, 132
Saratov

If there's an exception to every rule, is there an exception to that rule?

**From:** "Congratulations" <VPOffers@larisaashelylinux.net>
**To:** <xxxxxxxxxxxxxx@asis.com>
**Sent:** Tuesday, November 04, 2008 11:04 AM
**Subject:** Everything you see here is Free

Everything is FREE! Special Offer from VistaPrint!

Visit Here!

*250 Free Business Cards
*1 Free Rubber Stamp
*25 Free Business Cards Magnets
*1 Free T-Shirt
*10 Free Invitations and Announcements
*140 Free Return Address Labels
*1 month Free Website

All of these popular products can be customized for business and personal use, and are all FREE!

Click here to get started!

VistaPrint
Best Printing. Best Price.

Shipping and processing, product upgrades and photo/logo uploads not included unless otherwise specified. Each product ordered is subject to full shipping and processing charges for such product. Not valid on previous purchases. See web site for details.

Visit Here!

========================================
End future emails here.
VistaPrint USA Incorporated
95 Hayden Avenue,
Lexington, MA 02421

You are subscribed to our mailing list with the email address
xxxxxxx@asis.com.
If you wish to be omitted from future larisaashelylinux.net mailings,
please click here or write us at:
4012 S Rainbow Blvd Ste K-605, Las Vegas, NV 89103