COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:     (858) 550-6000
Facsimile:      (858) 550-6420

Attorneys for Defendants
VISTAPRINT USA, INCORPORATED and ROBERT S. KEANE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER dba KNEELAND ENGINEERING, dba FOGGY.NET,<br><br>Plaintiffs,<br><br>v.<br><br>VISTAPRINT USA, INCORPORATED, a Delaware corporation, VISTAPRINT LIMITED,  a Bermuda Company, aka VISTAPRINT.COM, aka VISTAPRINT, ROBERT S. KEANE and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No.  CV-08-5261 SBA<br><br>**STIPULATION AND  ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES (Civil L.R. 6-1(b), 6-2, 7-12)**<br><br>Judge:  Hon. Saundra Brown Armstrong |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING INITIAL CASE MANAGEMENT
CONFERENCE
CV-08-5261 SBA

1    Plaintiffs Asis Internet Services and Joel Householter ("Plaintiffs") and Defendants
2  VistaPrint USA Inc. and Robert S. Keane ("Defendants"), by and through their respective
3  counsel, stipulate and agree as follows:

4    **WHEREAS** the Initial Case Management Conference was scheduled for February 27,
5  2009 before this Court modified the conference date, when the case was reassigned, to March 4,
6  2009, leaving the initial date for pre-conference disclosures as February 20, 2009;

7    **WHEREAS** the current case schedule is as follows:

8    February 6, 2009: Last day to meet and confer regarding initial disclosures, early
9    settlement, ADR process selection and discovery plan, and file
10   related ADR documentation.

11   February 20, 2009: Last day to file Rule 26(f) Report, complete initial disclosures
12   or state objections to Rule 26(f) report, and file Case
13   Management Statement.

14   March 4, 2009 at 2:45 p.m.: Initial Case Management Conference

15   **WHEREAS** Defendants will be filing a Motion to Dismiss Plaintiffs' First Amended
16  Complaint ("Motion") on February 13, 2009, and the earliest date on which this motion can be
17  noticed is March 24, 2009;

18   **WHEREAS** the above-mentioned parties agree that this Court's ruling on the Motion
19  may affect the pleadings;

20   **WHEREAS** all parties agree that judicial and party economy are best served by having
21  initial disclosures and discussions regarding early settlement and the discovery plan after the
22  pleadings have been set, and believe that there is good cause to continue the deadline for initial
23  disclosures until approximately thirty (30) days after the earliest notice date for the Motion to
24  Dismiss;

25   **NOW, THEREFORE** the parties hereby stipulate and agree to the following modified
26  case schedule:

27
28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

**STIPULATION AND [PROPOSED] ORDER
RESCHEDULING INITIAL CASE MANAGEMENT
CONFERENCE
CV-08-5261 SBA**

1    April 23, 2009: Last day to meet and confer regarding initial disclosures, early
2            settlement, ADR process selection and discovery plan, and file
3            related ADR documentation.
4    May 6, 2009: Last day to file Rule 26(f) Report; complete initial disclosures
5            or state objections to Rule 26(f) report and file Case
6            Management Statement.
7    May 20, 2009 at 2:45 p.m.: Initial Case Management Conference

**IT IS SO STIPULATED.**

                                          COOLEY GODWARD KRONISH LLP
                                          JOSEPH S. LEVENTHAL (221043)
                                          MICHAEL G. RHODES (116127)

Dated: January 29, 2009             /s/ Joseph S. Leventhal
                                          Joseph S. Leventhal (221043)
                                          Attorneys for Defendants
                                          VISTAPRINT USA, INCORPORATED and
                                          ROBERT S. KEANE

                                            SINGLETON LAW GROUP
                                            JASON K. SINGLETON (166170)

Dated: January 30, 2009            /s/ Jason K. Singleton
                                            Jason K. Singleton (166170)
                                            Attorneys for Plaintiffs
                                            ASIS INTERNET SERVICES and Joel Householter

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING INITIAL CASE MANAGEMENT
CONFERENCE
CV-08-5261 SBA


**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the following dates are modified as follows:

April 23, 2009: Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan, and file related ADR documentation.

May 6, 2009: Last day to file Rule 26(f) Report, complete initial disclosures or state objections to Rule 26(f) report and file Case Management Statement.

May 20, 2009 at 2:45 p.m.: Initial Case Management Conference

**IT IS SO ORDERED.**

Dated: 2/4/09

_Saundra B. Armstrong_
Saundra B. Armstrong
United States District Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

4.

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING INITIAL CASE MANAGEMENT
CONFERENCE
CV-08-5261 SBA