COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)
MICHELLE L. WASSERMAN (254686) (mwasserman@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Defendants
VISTAPRINT USA, INCORPORATED and
ROBERT S. KEANE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER dba KNEELAND ENGINEERING, dba FOGGY.NET, <br><br> Plaintiffs, <br><br> v. <br><br> VISTAPRINT USA, INCORPORATED, a Delaware corporation, VISTAPRINT LIMITED, a Bermuda Company, aka VISTAPRINT.COM, aka VISTAPRINT, ROBERT S. KEANE and DOES ONE through FIFTY, inclusive, <br><br> Defendants. | Case No. 08-CV-5261-SBA <br><br> **VISTAPRINT USA, INCORPORATED AND ROBERT S. KEANE'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. VistaPrint Limited is a publicly traded company and the parent company of VistaPrint USA, Incorporated.  VistaPrint Limited has a financial interest in VistaPrint USA, Incorporated, its wholly owned subsidiary.

Dated: February 13, 2009                     COOLEY GODWARD KRONISH LLP


                                             s/  Michelle L. Wasserman
                                             Michelle L. Wasserman (254686)

                                             Attorneys for Defendants
                                             VISTAPRINT USA, INCORPORATED and
                                             ROBERT S. KEANE
                                             Email: mwasserman@cooley.com

620773 v1/SD