**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiff, ASIS INTERNET SERVICES
and JOEL HOUSEHOLTER**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET,<br><br>     Plaintiffs,<br><br>vs.<br><br>VISTAPRINT USA, INCORPORATED, a Delaware corporation, VISTAPRINT LIMITED, a Bermuda Company, aka VISTAPRINT.COM, aka VISTAPRINT, ROBERT S. KEANE  and DOES ONE through FIFTY, inclusive,<br><br>     Defendants. | Case No. C-08-5261 SBA<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT ROBERT S. KEANE ONLY |

   Plaintiffs ASIS INTERNET SERVICES and JOEL HOUSEHOLTER and Defendant ROBERT S. KEANE, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

   1.   The Parties have agreed to the dismissal of the above-captioned action without prejudice as to Defendant **ROBERT S. KEANE, only**, Plaintiffs and Defendants to bear their own attorneys' fees and costs.

   2.   Accordingly, the Parties jointly request the Court to dismiss this action without prejudice as to **ROBERT S. KEANE, ONLY**.

**SINGLETON LAW GROUP**

Dated:        February 20, 2009        /s/ Richard E. Grabowski
                                       Jason K. Singleton
                                       Richard E. Grabowski
                                       Attorneys for Plaintiffs, **ASIS INTERNET SERVICES and JOEL HOUSEHOLTER, dba FOGGY.NET**

**COOLEY GODWARD KRONISH LLP**

Dated:        February 20, 2009        /s/ Joseph S. Leventhal
                                       JOSEPH S. LEVENTHAL, Attorney for Defendant,
                                       **ROBERT S. KEANE**

**ORDER**

Having considered the parties Stipulation of Dismissal Without Prejudice and for good cause appearing, it is hereby ORDERED:

1.   The action <u>ASIS INTERNET, et al., vs. VISTAPRINT USA, Inc., et al.</u>, Case Number C-08-5261 SBA, is dismissed without prejudice as to **ROBERT S. KEANE, ONLY**, with each party to bear their own attorneys' fees and costs.

Dated: _____        _____
                                       Saundra B. Armstrong
                                       United States District Judge