**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiff, ASIS INTERNET SERVICES and JOEL HOUSEHOLTER**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET,<br><br>　　　Plaintiffs,<br>vs.<br><br>VISTAPRINT USA, INCORPORATED, a Delaware corporation, VISTAPRINT LIMITED, a Bermuda Company, aka VISTAPRINT.COM, aka VISTAPRINT, ROBERT S. KEANE and DOES ONE through FIFTY, inclusive,<br><br>　　　Defendants. | Case No. C-08-5261 SBA<br><br>STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT ROBERT S. KEANE ONLY |

　　　Plaintiffs ASIS INTERNET SERVICES and JOEL HOUSEHOLTER and Defendant ROBERT S. KEANE, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

　　　1.　　The Parties have agreed to the dismissal of the above-captioned action without prejudice as to Defendant **ROBERT S. KEANE, only**, Plaintiffs and Defendants to bear their own attorneys' fees and costs.

　　　2.　　Accordingly, the Parties jointly request the Court to dismiss this action without prejudice as to **ROBERT S. KEANE, ONLY**.

**SINGLETON LAW GROUP**

Dated: February 20, 2009         /s/ Richard E. Grabowski
Jason K. Singleton
Richard E. Grabowski
Attorneys for Plaintiffs, **ASIS INTERNET SERVICES and JOEL HOUSEHOLTER, dba FOGGY.NET**

**COOLEY GODWARD KRONISH LLP**

Dated: February 20, 2009         /s/ Joseph S. Leventhal
JOSEPH S. LEVENTHAL, Attorney for Defendant, **ROBERT S. KEANE**

**ORDER**

Having considered the parties Stipulation of Dismissal Without Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>ASIS INTERNET, et al., vs. VISTAPRINT USA, Inc., et al.</u>, Case Number C-08-5261 SBA, is dismissed without prejudice as to **ROBERT S. KEANE, ONLY**, with each party to bear their own attorneys' fees and costs.

Dated: 2/24/09                              *Saundra B. Armstrong*
Saundra B. Armstrong
United States District Judge