**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiff, ASIS INTERNET SERVICES and JOEL HOUSEHOLTER, dba FOGGY.NET**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET,<br><br>        Plaintiffs,<br>vs.<br><br>VISTAPRINT USA, INCORPORATED, a Delaware corporation, VISTAPRINT LIMITED, a Bermuda Company, and DOES ONE through FIFTY, inclusive,<br><br>        Defendants. | Case No.  C-08-5261 SBA<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**<br><br>DATE: April 7, 2009<br>TIME:   1:00 P.M.<br>CTRM:  3, Oakland<br>Judge: Hon. Saundra B. Armstrong |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to *Federal Rule of Evidence* 201, Plaintiffs ASIS Internet Services and JOEL HOUSEHOLTER request the Court to take judicial notice of the SEC filings of Defendant VistaPrint Limited.  In ruling on Plaintiffs' opposition to Defendants' motion to dismiss the Court may consider matters that may be judicially noticed under *Federal Rule of Evidence* 201.  Judicial notice may be taken of documents filed with the Securities and Exchange Commission. *Dreiling v. Am. Exp. Co.*, 458 F.3d 942 at 946 and Fn.2 (9th Cir. 2006) (SEC filings subject to judicial notice); *MGIC Indemnity Corp. v. Weisman*, 803 F.2d 500 at 504 (9th Cir. 1986) ("matters of public record outside the pleadings" subject to judicial notice).

Copies obtained from EDGAR online of the Federal Register SEC filings of VistaPrint Limited are being submitted herewith to the Court, copies of which are attached hereto as:

1. Exhibit A:  SEC 10Q for VistaPrint Limited;
2. Exhibit B: SEC File 0-51539 - Accession Number 1181431-7-3301 for VistaPrint Limited

**SINGLETON LAW GROUP**

Dated:      March 4, 2009        /s/ Jason K. Singleton
Jason K. Singleton
Richard E. Grabowski
Attorneys for Plaintiffs, **ASIS INTERNET SERVICES and JOEL HOUSEHOLTER, dba FOGGY.NET**