*SEC Info*   Home   Search   My Interests   Help   Sign In   *Please Sign In*

# Cebula Wendy M · 3 · Vistaprint Ltd · For 1/3/07 · EX-24.TXT

**Filed On 1/11/07** 12:51pm ET · **SEC File 0-51539** · **Accession Number 1181431-7-3301**

Help... *Wildcards:* **?** (any letter), ***** (many). *Logic:* for Docs: **&** (and), **|** (or); for Text: **|** (anywhere), **"(&)"** (near).

| *As Of* | *Filer* | *Filing* | *As/For/On* | *Docs:Pgs* | *Issuer* | *Agent* |
|---|---|---|---|---|---|---|
| 1/11/07 | Cebula Wendy M | 3 | 1/03/07 | 2:5 | Vistaprint Ltd | R R Donnelle |

### Initial Statement of Beneficial Ownership of Securities · Form 3
### Filing Table of Contents

| *Document/Exhibit* | | *Description* | *Pages* | *Size* |
|---|---|---|---|---|
| 1: 3 | Wmc_Form3 | | XML | 8K |
| 2: **EX-24.TXT** | Wendy_Cebula_Poa | | **HTML** | **7K** |

### EX-24.TXT · Wendy_Cebula_Poa

*This is an EDGAR HTML document rendered as filed.  [ Alternative Formats ]*

rrd124773_141045.html

```
VISTAPRINT LIMITED
LIMITED POWER OF ATTORNEY
FOR SECTION 16 REPORTING OBLIGATIONS

        Know all by these presents, that the undersigned hereby makes, constitutes and appoints each of Robert S.
Keane, Harpreet Grewal, Lawrence Gold, and Michael Giannetto, signing singly and each acting individually, as the
undersigned's true and lawful attorney-in-fact with full power and authority as hereinafter described to:
        (1)    execute for and on behalf of the undersigned, in the undersigned's capacity as an executive officer
and/or director of VistaPrint Limited (the "Company"), Forms 3, 4, and 5 (including any amendments thereto) in
accordance with Section 16(a) of the Securities Exchange Act of 1934 and the rules thereunder (the "Exchange
Act");
        (2)    do and perform any and all acts for and on behalf of the undersigned which may be necessary or
desirable to prepare, complete and execute any such Form 3, 4, or 5, prepare, complete and execute any amendment
or amendments thereto, and timely deliver and file such form with the United States Securities and Exchange
Commission and any stock exchange or similar authority;
        (3)    seek or obtain, as the undersigned's representative and on the undersigned's behalf, information
regarding transactions in the Company's securities from any third party, including brokers, employee benefit plan
administrators and trustees, and the undersigned hereby authorizes any such person to release any such information
to such attorney-in-fact and approves and ratifies any such release of information; and
        (4)    take any other action of any type whatsoever in connection with the foregoing which, in the
opinion of such attorney-in-fact, may be of benefit to, in the best interest of, or legally required by, the undersigned
it being understood that the documents executed by such attorney-in-fact on behalf of the undersigned pursuant to
this Power of Attorney shall be in such form and shall contain such terms and conditions as such attorney-in-fact
may approve in such attorney-in-fact's discretion.
        The undersigned hereby grants to each such attorney-in-fact full power and authority to do and perform any
and every act and thing whatsoever requisite, necessary, or proper to be done in the exercise of any of the rights
powers herein granted, as fully to all intents and purposes as the undersigned might or could do if personally present,
with full power of substitution or revocation, hereby ratifying and confirming all that such attorney-in-fact, or such
attorney-in-fact's substitute or substitutes, shall lawfully do or cause to be done by virtue of this power of attorney
and the rights and powers herein granted.  The undersigned acknowledges that the foregoing attorneys-in-fact, in
serving in such capacity at the request of the undersigned, are not assuming nor relieving, nor is the Company
assuming nor relieving, any of the undersigned's responsibilities to comply with Section 16 of the Exchange Act.
The undersigned acknowledges that neither the Company nor the foregoing attorneys-in-fact assume (i) any liability
for the undersigned's responsibility to comply with the requirement of the Exchange Act, (ii) any liability of the
undersigned for any failure to comply with such requirements, or (iii) any obligation or liability of the undersigned
for profit disgorgement under Section 16(b) of the Exchange Act.
        This Power of Attorney supersedes and revokes any Power of Attorney previously executed by the
undersigned with respect to VistaPrint Limited Section 16 filings and shall remain in full force and effect until the
undersigned is no longer required to file Forms 3, 4, and 5 with respect to the undersigned's holdings of and
transactions in securities issued by the Company, unless earlier revoked by the undersigned in a signed writing
delivered to the foregoing attorneys-in-fact.
        IN WITNESS WHEREOF, the undersigned has caused this Power of Attorney to be executed as of this 3rd
day of January, 2007.

Signature

Wendy Cebula
```

Case4:08-cv-05261-SBA   Document21-3   Filed03/13/09   Page2 of 2

```
Print Name

\\\DC - 57385/2 - #1301253 v1

\\\DC - 57385/2 - #1301253 v1
```

Filing Submission   -   Alternative Formats (Word / Rich Text, HTML, Plain Text, SGML, XML, et al.)

Sponsored Ads...



*Copyright © 2009 **Fran Finnegan & Company**.  All Rights Reserved.*
*About – Privacy – Redactions – Help — Tue, 17 Feb 20:00:35.1 GMT*