```
 1  COOLEY GODWARD KRONISH LLP
    MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
 2  JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)
    MICHELLE L. WASSERMAN (254686) (mwasserman@cooley.com)
 3  4401 Eastgate Mall
    San Diego, CA  92121
 4  Telephone:    (858) 550-6000
    Facsimile:    (858) 550-6420
 5
    Attorneys for Defendant
 6  VISTAPRINT USA, INCORPORATED
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER dba KNEELAND ENGINEERING, dba FOGGY.NET,<br><br>                  Plaintiffs,<br><br>   v.<br><br>VISTAPRINT USA, INCORPORATED, a Delaware corporation, VISTAPRINT LIMITED, a Bermuda Company, aka VISTAPRINT.COM, aka VISTAPRINT, and DOES ONE through FIFTY, inclusive,<br><br>                  Defendants. | Case No. 08-cv-5261<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE ON DEFENDANT VISTAPRINT USA INCORPORATED'S MOTION TO DISMISS (Civil L.R. 6-1(b), 6-2, 7-12)**<br><br>Judge: Hon. Saundra Brown Armstrong |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

STIPULATION AND PROPOSED ORDER
CONTINUING HEARING DATE ON VP'S MTD
08-CV-5261

1    Plaintiffs Asis Internet Services and Joel Householter ("Plaintiffs") and Defendant
2    VistaPrint USA Incorporated ("VistaPrint"), by and through their respective counsel, stipulate
3    and agree as follows:
4    **WHEREAS** the hearing on VistaPrint's Motion to Dismiss (Dkt. 15) is currently noticed
5    for April 7, 2009 at 1:00 p.m.
6    **WHEREAS** pursuant to the Court's current schedule, VistaPrint's Reply in Support of its
7    Motion to Dismiss is due March 24, 2009.
8    **WHEREAS** the wife of VistaPrint's lead attorney is expected to be induced into labor
9    within the next few days, which imposes a hardship on VistaPrint's ability to file its Reply in
10   conformance with the Court's current schedule.
11   **WHEREAS** all parties agree that circumstances provide good cause to continue the
12   hearing date on VistaPrint's Motion to Dismiss until April 28 at 1:00 p.m., the earliest date on the
13   Court's calendar that is convenient for all parties.
14   **WHEREAS** VistaPrint further agrees that it will file its Reply in Support of its Motion to
15   Dismiss by April 7, 2009.
16   **NOW, THEREFORE** the parties hereby stipulate and agree to the following modified
17   case schedule:
18       April 7, 2009: VistaPrint's Reply in Support of its Motion to Dismiss due.
19       April 28, 2009 at 1:00 p.m.: Hearing on VistaPrint's Motion to Dismiss Plaintiffs'
20       First Amended Complaint.
21   **IT IS SO STIPULATED.**

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

**STIPULATION AND PROPOSED ORDER
CONTINUING HEARING DATE ON VP'S MTD
08-CV-5261**

| | | |
|---|---|---|
| 1 | Dated: March 20, 2009 | COOLEY GODWARD KRONISH LLP<br>JOSEPH S. LEVENTHAL (221043) |
| 2 | | |
| 3 | | |
| 4 | | /s/Joseph S. Leventhal<br>Joseph S. Leventhal (221043) |
| 5 | | Attorneys for Defendant<br>VISTAPRINT USA, INCORPORATED |
| 6 | | |
| 7 | | |
| 8 | Dated: March 20, 2009 | SINGLETON LAW GROUP<br>RICHARD E. GRABOWSKI (236207) |
| 9 | | |
| 10 | | /s/ Richard E. Grabowski<br>Richard E. Grabowski (236207) |
| 11 | | Attorneys for Plaintiffs<br>ASIS INTERNET SERVICES and Joel |
| 12 | | Householter |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

**STIPULATION AND PROPOSED ORDER
CONTINUING HEARING DATE ON VP'S MTD
08-CV-5261**

1  **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the following
2  dates are modified as follows:
3      April 7, 2009: VistaPrint's Reply in Support of its Motion to Dismiss due.
4      April 28, 2009 at 1:00 p.m.: Hearing on VistaPrint's Motion to Dismiss Plaintiffs'
5          First Amended Complaint.
6  **IT IS SO ORDERED.**

8  Dated: 3/23/09

                                                                             _____
Saundra B. Armstrong
United States District Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

STIPULATION AND PROPOSED ORDER
CONTINUING HEARING DATE ON VP'S MTD
08-CV-5261