COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)
MICHELLE L. WASSERMAN (254686) (mwasserman@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:     (858) 550-6000
Facsimile:      (858) 550-6420

Attorneys for Defendant

VISTAPRINT USA, INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER dba KNEELAND ENGINEERING, dba FOGGY.NET,<br><br>             Plaintiffs,<br><br>      v.<br><br>VISTAPRINT USA, INCORPORATED, a Delaware corporation, VISTAPRINT LIMITED,  a Bermuda Company, aka VISTAPRINT.COM, aka VISTAPRINT, and DOES ONE through FIFTY, inclusive,<br><br>             Defendants. | Case No.  08-CV-5261 SBA<br><br>**ORDER GRANTING VISTAPRINT USA'S UNOPPOSED  EX PARTE APPLICATION TO RESCHEDULE THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

[PROPOSED] ORDER GRANTING VISTAPRINT'S
EX PARTE APP. TO RESCHEDULE CMC
08-CV-5261 SBA

THIS MATTER is before the Court on VistaPrint USA Incorporated's Unopposed Ex Parte Application to Reschedule the Initial Case Management Conference and Related Deadlines, brought pursuant to Fed. R. Civ. P. 6(b), and Civ. L.R. 6-1(b), 6-3, and 7-10.  The Court finds that there is good cause to reschedule the Initial Case Management Conference and related deadlines.

THEREFORE, it is hereby ORDERED that the dates are rescheduled as follows:

**5/6/09** - Last day to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan, and file related ADR documentation.

**5/20/09** - Last day to file Rule 26(f) Report; complete initial disclosures or state objections to Rule 26(f) report.

**6/1/09 -** Joint Case Management Statement.

**6/10/09**, 3:00 p.m. -   Initial Case Management Conference. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference  that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

Dated: _4/21/09

_____
Saundra B. Armstrong
United States District Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

[PROPOSED] ORDER GRANTING VISTAPRINT'S
EX PARTE APP. TO RESCHEDULE CMC
08-CV-5261 SBA