**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ASIS INTERNET SERVICES, et al., | No. C 08-5261-SBA |
| Plaintiffs, | **ORDER** |
| v. | |
| VISTAPRINT USA, INC., et al. | |
| Defendants. | |

This action is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to District Judge William H. Alsup for consideration of whether the case is related to *Asis Internet Services, et al. V. Consumerbargaingiveaways, LLC, et al.*, C 08-04856-WHA. The Docketing Clerk is directed to prepare a notice of related case order.

.
IT IS SO ORDERED.

Dated: 4/28/09

                                           Saundra Brown Armstrong
                                           United States District Judge