```
 1  COOLEY GODWARD KRONISH LLP
    MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
 2  JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)
    MICHELLE L. WASSERMAN (254686) (mwasserman@cooley.com)
 3  4401 Eastgate Mall
    San Diego, CA  92121
 4  Telephone:    (858) 550-6000
    Facsimile:    (858) 550-6420
 5
    Attorneys for Defendant
 6
    VISTAPRINT USA, INCORPORATED
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER dba KNEELAND ENGINEERING, dba FOGGY.NET,<br><br>    Plaintiffs,<br><br>    v.<br><br>VISTAPRINT USA, INCORPORATED, a Delaware corporation, VISTAPRINT USA LIMITED, a Bermuda Company, aka VISTAPRINT USA.COM, aka VISTAPRINT USA, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. 08-cv-5261-SBA<br><br>**DEFENDANT VISTAPRINT USA INCORPORATED'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge:   Hon. Saundra B. Armstrong |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

VISTAPRINT USA'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT
08-CV-5261-SBA

Defendant VistaPrint USA Incorporated ("VistaPrint USA") responds as follows to Plaintiffs' First Amended Complaint:

## ANSWER

VistaPrint USA denies each and every allegation in Plaintiffs' First Amended Complaint ("FAC") except those expressly admitted below.

The first paragraph on page 1 is a legal statement that requires no response from VistaPrint USA.

## JURISDICTION AND VENUE

**1.** Without admitting that the alleged conduct occurred, or that plaintiffs are entitled to any damages, VistaPrint USA admits that the Court has diversity jurisdiction over the action. Except as so expressly admitted, VistaPrint USA denies the allegations in Paragraph 1.

**2.** Without admitting that the alleged conduct occurred, VistaPrint USA admits that there is personal jurisdiction over VistaPrint USA in the state of California. Except as so expressly admitted, VistaPrint USA denies the allegations in Paragraph 2.

**3.** Without admitting that the alleged conduct occurred, VistaPrint USA admits that venue is proper as to VistaPrint USA. Except as so expressly admitted, VistaPrint USA denies the allegations in Paragraph 3.

## FACTUAL ALLEGATIONS

**4.** VistaPrint USA admits the allegations of Paragraph 4.

**5.** VistaPrint USA admits the allegations of Paragraph 5.

**6.** Pursuant to the Stipulation and Order signed by this Court on February 24, 2009 (Dkt. 20), Robert Keane is no longer a party to this action and, therefore, the allegations of Paragraph 6 require no response. To the extent a response is required, VistaPrint USA admits that Robert S. Keane is the CEO of VistaPrint and a resident of Massachusetts. VistaPrint USA denies the remainder of the allegations of Paragraph 6.

**7.** Pursuant to the Stipulation and Order signed by this Court on February 24, 2009 Robert Keane is no longer a party to this action, therefore the allegations of Paragraph 7 require no response. To the extent a response is required VistaPrint USA denies the allegations of

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

VISTAPRINT USA'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT
08-CV-5261-SBA

Paragraph 7.

8. Pursuant to the Stipulation and Order signed by this Court on February 24, 2009 Robert Keane is no longer a party to this action, therefore the allegations of Paragraph 8 require no response. To the extent a response is required VistaPrint USA denies the allegations of Paragraph 8.

9. VistaPrint USA denies the allegations of Paragraph 9.

10. VistaPrint USA denies the allegations of Paragraph 10.

11. VistaPrint USA lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 and on that basis denies them.

12. VistaPrint USA lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12 and on that basis denies them.

13. VistaPrint USA denies the allegations of Paragraph 13.

14. VistaPrint USA denies the allegations of Paragraph 14.

15. VistaPrint USA denies the allegations of Paragraph 15.

16. VistaPrint USA lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 and on that basis denies them.

17. VistaPrint USA lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 and on that basis denies them.

## FIRST CAUSE OF ACTION

### Cal. Bus. & Prof. Code § 17529.5 Claim

18. VistaPrint USA incorporates by reference its answers in Paragraphs 1-17.

19. VistaPrint USA denies the factual allegations of Paragraph 19. Paragraph 19 references legal sources including cases, statutes, and federal regulations. VistaPrint USA avers that these legal sources speak for themselves.

20. Paragraph 20 is a legal statement that requires no response from VistaPrint USA. To the extent Paragraph 20 references legal sources including cases and statutes, VistaPrint USA avers that these legal sources speak for themselves. To the extent any other response is required, VistaPrint USA denies the allegations of Paragraph 20.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

VISTAPRINT USA'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT
08-CV-5261-SBA

**21.** VistaPrint USA denies that recipients of approved emails were not adequately informed of the elements of VistaPrint USA's offers. On that basis VistaPrint USA denies the allegations of Paragraph 21.

**22.** VistaPrint USA denies that recipients of approved emails were not adequately informed of the elements of VistaPrint USA's offers. On that basis VistaPrint USA denies the allegations of Paragraph 22.

**23.** VistaPrint USA denies that recipients of approved emails were not adequately informed of the elements of VistaPrint USA's offers. On that basis VistaPrint USA lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 and on that basis denies them.

**24.** VistaPrint USA lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and on that basis denies them.

**25.** VistaPrint USA lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 and on that basis denies them.

**26.** VistaPrint USA denies the allegations of Paragraph 26.

**27.** Paragraph 27 is a legal statement that requires no response from VistaPrint USA. To the extent a response is required, VistaPrint USA denies the allegations of Paragraph 27.

## PRAYER FOR RELIEF

**WHEREFORE**, VistaPrint USA requests that this Court:

**28.** Deny Plaintiffs' prayer for relief in its entirety, and that this Court enter judgment in VistaPrint USA's favor and against Plaintiffs;

**29.** Award VistaPrint USA costs of suit incurred in defense of this action; and

**30.** Order such other relief as the Court deems proper.

## SEPARATE AND ADDITIONAL DEFENSES

VistaPrint USA alleges the following separate and additional defenses.

### FIRST SEPARATE AND ADDITIONAL DEFENSE
(Failure to State a Claim)

**1.** The Complaint, and the claim alleged therein, fails to state a claim for which relief

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

VISTAPRINT USA'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT
08-CV-5261-SBA

1 | may be granted.

### SECOND SEPARATE AND ADDITIONAL DEFENSE
### (Lack of Standing)

2. Plaintiffs have not lost money or property sufficient for standing pursuant to Cal. Bus. & Prof. Code § 17529.5 and Proposition 64 or otherwise lack standing under Cal. Bus. & Prof. Code § 17529.5.

### THIRD SEPARATE AND ADDITIONAL DEFENSE
### (Statute of Limitations)

3. The cause of action in the complaint, or some of the claim, is barred by applicable statutes of limitations including, without limitation, California Code of Civil Procedure § 340(a).

### FOURTH SEPARATE AND ADDITIONAL DEFENSE
### (Preemption)

4. The cause of action in the complaint is preempted by the CAN-SPAM Act, 15 U.S.C. § 7707.

### FIFTH SEPARATE AND ADDITIONAL DEFENSE
### (First Amendment)

5. Cal Bus. & Prof. Code § 17529.5 is unconstitutional, as applied, under the First Amendment to the United States Constitution.

### SIXTH SEPARATE AND ADDITIONAL DEFENSE
### (Article I of the California Constitution)

6. Cal Bus. & Prof. Code § 17529.5 is unconstitutional, as applied, under Article I of the California Constitution.

### SEVENTH SEPARATE AND ADDITIONAL DEFENSE
### (Failure To Join An Indispensible Party)

7. Plaintiffs have failed to join the third party marketers that actually sent the emails at issue, parties which are indispensible pursuant to Fed. R. Civ. P. 19(a).

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

4.

VISTAPRINT USA'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT
08-CV-5261-SBA

### EIGHTH SEPARATE AND ADDITIONAL DEFENSE
**(California Electronic Mail Address)**

**8.** The emails at issue were not sent to California Electronic Mail Addresses within the meaning of Cal. Bus. & Prof. Code § 17529.1.

### NINTH SEPARATE AND ADDITIONAL DEFENSE
**(VistaPrint USA Took Due Care To Prevent The Harm Alleged)**

**9.** VistaPrint established and implemented with due care practices and procedures reasonably designed to effectively prevent unsolicited commercial email advertisements that are in violation of Cal. Bus. and Prof. Code § 17529.5.

### TENTH SEPARATE AND ADDITIONAL DEFENSE
**(Knowledge)**

**10.** VistaPrint USA lacked knowledge, as required by Cal. Bus. & Prof. Code § 17529.5(a)(3).

### ELEVENTH SEPARATE AND ADDITIONAL DEFENSE
**(Unclean Hands)**

**11.** Plaintiffs are barred from recovery under the doctrine of unclean hands.

### REQUEST FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b) and Civil L.R. 3-6, VistaPrint USA hereby requests a jury trial as to all the issues to which it is so entitled.

Dated: May 19, 2009                COOLEY GODWARD KRONISH LLP

*s/ Joseph S. Leventhal*
Joseph S. Leventhal (221043)

Attorney for Defendant
VISTAPRINT USA, INCORPORATED
Email: jleventhal@cooley.com

631858 /SD

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

5.

VISTAPRINT USA'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT
08-CV-5261-SBA