**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiff, ASIS INTERNET SERVICES and JOEL HOUSEHOLTER, dba FOGGY.NET**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET,**<br><br>       Plaintiffs,<br><br>vs.<br><br>**VISTAPRINT USA, INCORPORATED, a Delaware corporation, VISTAPRINT LIMITED, a Bermuda Company, and DOES ONE through FIFTY, inclusive,**<br><br>       Defendants. | Case No.  C-08-5261 SBA<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>DATE:  JUNE 10, 2009<br>TIME:   3:00 p.m.<br>CTRM:  TELEPHONIC |

**EXHIBITS  FOR PLAINTIFF'S STATEMENT:**

  **EXHIBIT A**

  **EXHIBIT B**