| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| | MICHAEL G. RHODES (116127) (rhodesmg@cooley.com) |
| 2 | JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com) |
| | MICHELLE L. WASSERMAN (254686) (mwasserman@cooley.com) |
| 3 | 4401 Eastgate Mall |
| | San Diego, CA  92121 |
| 4 | Telephone:     (858) 550-6000 |
| | Facsimile:      (858) 550-6420 |
| 5 | |
| | Attorneys for Defendant |
| 6 | VISTAPRINT USA, INCORPORATED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER dba KNEELAND ENGINEERING, dba FOGGY.NET, | | Case No.  08-cv-5261-SBA |
| | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR DEFENDANT VISTAPRINT USA, INCORPORATED TO RESPOND TO PLAINTIFFS' MOTION FOR DEFAULT (Civil L.R. 6-1(b), 6-2, 7-12)** |
| v. | | |
| VISTAPRINT USA, INCORPORATED, a Delaware corporation, VISTAPRINT LIMITED, a Bermuda Company, aka VISTAPRINT.COM, aka VISTAPRINT, and DOES ONE through FIFTY, inclusive, | | |
| | Defendants. | |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

STIPULATION AND PROPOSED ORDER
ENLARGING TIME FOR VISTAPRINT TO RESPOND
08-CV-5261-SBA

1 | Plaintiffs Asis Internet Services and Joel Householter ("Plaintiffs") and Defendant VistaPrint USA Incorporated ("VistaPrint"), by and through their respective counsel, stipulate and agree as follows:

**WHEREAS** the hearing on Plaintiffs' Motion for an Order Finding Defendant VistaPrint Limited in Default ("Motion") (Dkt. 44) is currently set for September 22, 2009;

**WHEREAS** pursuant to Local Rule 7-3 VistaPrint's Opposition to Plaintiffs' Motion is therefore due on September 1, 2009 and Plaintiffs' Reply is due on September 8, 2009;

**WHEREAS** the parties are presently negotiating a stipulation that would make Plaintiffs' Motion moot;

**WHEREAS** the parties agree that the circumstances provide good cause to enlarge the time to respond to Plaintiffs' Motion by two (2) days, to September 3, 2009;

**WHEREAS** Plaintiffs' deadline for filing their Reply and the date of the hearing on Plaintiffs' Motion will remain unchanged;

**NOW, THEREFORE** the parties hereby stipulate and agree to the following modified briefing schedule on Plaintiffs' Motion:

    September 3, 2009:  VistaPrint's Opposition to Plaintiffs' Motion due.

    September 8, 2009:  Plaintiffs' Reply to VistaPrint's Opposition due.

    September 22, 2009:  Hearing on Plaintiffs' Motion for an Order Finding Defendant VistaPrint Limited in Default.

**IT IS SO STIPULATED.**

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

**STIPULATION AND PROPOSED ORDER
ENLARGING TIME FOR VISTAPRINT TO RESPOND
08-CV-5261-SBA**

Dated: August 27, 2009          COOLEY GODWARD KRONISH LLP
                                JOSEPH S. LEVENTHAL (221043)



                                /s/Joseph S. Leventhal
                                Joseph S. Leventhal (221043)
                                Attorneys for Defendant
                                VISTAPRINT USA, INCORPORATED


Dated: August 27, 2009          SINGLETON LAW GROUP
                                JASON K. SINGLETON (166170)



                                /s/Jason K. Singleton
                                Jason K. Singleton (166170)
                                Attorneys for Plaintiffs
                                ASIS INTERNET SERVICES and Joel
                                Householter

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

**STIPULATION AND PROPOSED ORDER
ENLARGING TIME FOR VISTAPRINT TO RESPOND
08-CV-5261-SBA**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the following dates are modified as follows:

> September 3, 2009: VistaPrint's Opposition to Plaintiffs' Motion due.
>
> September 8, 2009: Plaintiffs' Reply to VistaPrint's Opposition due.
>
> September 22, 2009: Hearing on Plaintiffs' Motion for an Order Finding Defendant VistaPrint Limited in Default.

**IT IS SO ORDERED.**

Dated: _____, 2009

_____
Saundra B. Armstrong
United States District Judge

644752/SD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

**STIPULATION AND PROPOSED ORDER
ENLARGING TIME FOR VISTAPRINT TO RESPOND
08-CV-5261-SBA**