COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)
MICHELLE L. WASSERMAN (254686) (mwasserman@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420

Attorneys for Defendant
VISTAPRINT USA, INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER dba KNEELAND ENGINEERING, dba FOGGY.NET,<br><br>Plaintiffs,<br><br>v.<br><br>VISTAPRINT USA, INCORPORATED, a Delaware corporation, VISTAPRINT LIMITED, a Bermuda Company, aka VISTAPRINT.COM, aka VISTAPRINT, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. 08-cv-5261-SBA<br><br>**STIPULATION AND ORDER ENLARGING TIME FOR DEFENDANT VISTAPRINT USA, INCORPORATED TO RESPOND TO PLAINTIFFS' MOTION FOR DEFAULT (Civil L.R. 6-1(b), 6-2, 7-12)** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

**STIPULATION AND PROPOSED ORDER
ENLARGING TIME FOR VISTAPRINT TO RESPOND
08-CV-5261-SBA**

Plaintiffs Asis Internet Services and Joel Householter ("Plaintiffs") and Defendant VistaPrint USA Incorporated ("VistaPrint"), by and through their respective counsel, stipulate and agree as follows:

**WHEREAS** the hearing on Plaintiffs' Motion for an Order Finding Defendant VistaPrint Limited in Default ("Motion") (Dkt. 44) is currently set for September 22, 2009;

**WHEREAS** pursuant to Local Rule 7-3 VistaPrint's Opposition to Plaintiffs' Motion is therefore due on September 1, 2009 and Plaintiffs' Reply is due on September 8, 2009;

**WHEREAS** the parties are presently negotiating a stipulation that would make Plaintiffs' Motion moot;

**WHEREAS** the parties agree that the circumstances provide good cause to enlarge the time to respond to Plaintiffs' Motion by two (2) days, to September 3, 2009;

**WHEREAS** Plaintiffs' deadline for filing their Reply and the date of the hearing on Plaintiffs' Motion will remain unchanged;

**NOW, THEREFORE** the parties hereby stipulate and agree to the following modified briefing schedule on Plaintiffs' Motion:

    September 3, 2009: VistaPrint's Opposition to Plaintiffs' Motion due.

    September 8, 2009: Plaintiffs' Reply to VistaPrint's Opposition due.

    September 22, 2009: Hearing on Plaintiffs' Motion for an Order Finding
                                      Defendant VistaPrint Limited in Default.

**IT IS SO STIPULATED.**

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

**STIPULATION AND PROPOSED ORDER
ENLARGING TIME FOR VISTAPRINT TO RESPOND
08-CV-5261-SBA**

| | |
|---|---|
| Dated: August 27, 2009 | COOLEY GODWARD KRONISH LLP<br>JOSEPH S. LEVENTHAL (221043) |

/s/Joseph S. Leventhal
Joseph S. Leventhal (221043)
Attorneys for Defendant
VISTAPRINT USA, INCORPORATED

| | |
|---|---|
| Dated: August 27, 2009 | SINGLETON LAW GROUP<br>JASON K. SINGLETON (166170) |

/s/Jason K. Singleton
Jason K. Singleton (166170)
Attorneys for Plaintiffs
ASIS INTERNET SERVICES and Joel Householter

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

**STIPULATION AND PROPOSED ORDER
ENLARGING TIME FOR VISTAPRINT TO RESPOND
08-CV-5261-SBA**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that the following dates are modified as follows:

    September 3, 2009: VistaPrint's Opposition to Plaintiffs' Motion due.

    September 8, 2009: Plaintiffs' Reply to VistaPrint's Opposition due.

    September 22, 2009: Hearing on Plaintiffs' Motion for an Order Finding Defendant VistaPrint Limited in Default.

**IT IS SO ORDERED.**

Dated: 8/31/09

_____
Saundra B. Armstrong
United States District Judge

644752/SD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

**STIPULATION AND PROPOSED ORDER
ENLARGING TIME FOR VISTAPRINT TO RESPOND
08-CV-5261-SBA**