COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)
MICHELLE L. WASSERMAN (254686) (mwasserman@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Defendant
VISTAPRINT USA, INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER dba KNEELAND ENGINEERING, dba FOGGY.NET,<br><br>Plaintiffs,<br><br>v.<br><br>VISTAPRINT USA, INCORPORATED, a Delaware corporation, VISTAPRINT LIMITED, a Bermuda Company, aka VISTAPRINT.COM, aka VISTAPRINT and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. CV-08-5261 SBA<br><br>**STIPULATION OF FACT NO. 1 AND STIPULATION OF DISMISSAL OF VISTAPRINT LIMITED WITH PREJUDICE** |

VistaPrint USA, Incorporated ("VistaPrint USA"), Asis Internet Services, and Joel Householter d/b/a Kneeland Engineering d/b/a Foggy.net, by their respective counsel, stipulate to the following:

1. VistaPrint USA is a wholly-owned subsidiary of VistaPrint Limited.

2. VistaPrint USA provides marketing services to VistaPrint Limited for the North American market pursuant to a services agreement between them. VistaPrint USA carries out marketing activities on a day-to-day basis with respect to VistaPrint Limited's products and services. These marketing activities include the sending of commercial emails (directly or

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

STIPULATION OF FACT NO. 1 AND
DISMISSAL OF VISTAPRINT LIMITED

indirectly through third-parties) within the North American market, whether for customer acquisition purposes or customer retention purposes. During the period of time relevant to this lawsuit, to the extent that VistaPrint Limited advertised in the United States, the advertising was done by VistaPrint USA pursuant to the services agreement.

**3.** This stipulation is not an admission or stipulation by VistaPrint USA or VistaPrint Limited that either is the advertiser or sender of the emails that are the subject of this litigation. This stipulation is entered into only for the purpose of this litigation and no other purpose or matter.

**4.** VistaPrint Limited is hereby dismissed from this action *with prejudice*.

IT IS SO STIPULATED:

Dated: September 3, 2009         COOLEY GODWARD KRONISH LLP

                                 s/Joseph S. Leventhal
                                 Joseph S. Leventhal (221043)

                                 Attorney for Defendant
                                 VISTAPRINT USA, INCORPORATED

Dated: September 3, 2009         SINGLETON LAW GROUP
                                 JASON K. SINGLETON (166170)

                                 s/Jason K. Singleton
                                 Jason K. Singleton (166170)
                                 Attorneys for Plaintiffs
                                 ASIS INTERNET SERVICES and Joel Householter