**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiff, ASIS INTERNET SERVICES and JOEL HOUSEHOLTER, dba FOGGY.NET**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES,** a California corporation, and **JOEL HOUSEHOLTER,** dba **KNEELAND ENGINEERING,** dba **FOGGY.NET,**<br><br>Plaintiffs,<br>vs.<br><br>**VISTAPRINT USA, INCORPORATED,** a Delaware corporation, **VISTAPRINT LIMITED,** a Bermuda Company, and DOES ONE through FIFTY, inclusive,<br><br>**Defendants.** | Case No.  C-08-5261 SBA<br><br>**PLAINTIFFS' WITHDRAWAL OF MOTION FOR AN ORDER FINDING DEFENDANT VISTAPRINT LIMITED IN DEFAULT AND ORDER TO THE CLERK TO ENTER DEFAULT JUDGMENT** |

Comes now, Plaintiffs ASIS INTERNET SERVICES and JOEL HOUSEHOLTER, and hereby withdraw their **MOTION FOR AN ORDER FINDING DEFENDANT VISTAPRINT LIMITED IN DEFAULT AND ORDER TO THE CLERK TO ENTER DEFAULT JUDGMENT** set for hearing on September 22, 2009,  at 1:00 p.m., pursuant to stipulation between the parties dismissing Defendant VistaPrint Limited filed September 3, 2009, at Doc. 52.

**SINGLETON LAW GROUP**

Dated:     September 4, 2009      /s/ Jason K. Singleton
Jason K. Singleton
Richard E. Grabowski
Attorneys for Plaintiffs, **ASIS INTERNET SERVICES and JOEL HOUSEHOLTER, dba FOGGY.NET**