**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiff, ASIS INTERNET SERVICES and JOEL HOUSEHOLTER, dba FOGGY.NET**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES,** a California corporation, and **JOEL HOUSEHOLTER,** dba **KNEELAND ENGINEERING,** dba **FOGGY.NET,**<br><br>        Plaintiffs,<br><br>vs.<br><br>**VISTAPRINT USA, INCORPORATED,** a Delaware corporation, **VISTAPRINT LIMITED,** a Bermuda Company, and DOES ONE through FIFTY, inclusive,<br><br>        Defendants. | Case No.  C-08-5261 SBA<br><br>**PLAINTIFFS' WITHDRAWAL OF MOTION TO AMEND COMPLAINT** |

Comes now, Plaintiffs **ASIS INTERNET SERVICES and JOEL HOUSEHOLTER** and hereby withdraw their Motion to Amend Complaint set for hearing on January 26, 2010, at 1:00 p.m., before the above court.

                                                                **SINGLETON LAW GROUP**

Dated:        December 3, 2009             /s/ Jason K. Singleton                            
                                                          Jason K. Singleton
                                                          Richard E. Grabowski
                                                          Attorneys for Plaintiffs, **ASIS INTERNET SERVICES and JOEL HOUSEHOLTER, dba FOGGY.NET**