**UNITED STATES DISTRICT COURT**

**Northern District of California**

| | |
|---|---|
| Asis Internet Services, | No. C 08-05261 SBA MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Vistaprint USA, Incorporated, | |
| Defendant(s). | |

*Instructions:  The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session.  The ADR unit will file-stamp the Certification and place it in the court file.*

1.  I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _12/17/09_

2.  Did the case settle?        ☐ fully        ☐ partially      ☒ no

3.  If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

**4.    IS THIS ADR PROCESS COMPLETED?        ☒ YES        ☐ NO**

Dated:      _12/17/9_

**Mediator, James Gilliland**
Townsend and Townsend and Crew LLP
2 Embarcadero Center, 8th Floor
San Francisco, CA 94111

**Certification of ADR Session**
08-05261 SBA

United States District Court
Northern District of California