UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: Tuesday, Feb. 2, 2010 @ 9:00 a.m.

TIME: 35 minutes

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| ASIS V. VISTAPRINT | C08-5261 SBA (BZ) | ☒ REFERRAL |
| ATTORNEY(S) FOR PLAINTIFF(S): | ATTORNEY(S) FOR DEFENDANT(S): | |
| | (See Attached Appearance Sheet) | |

COURT REPORTER/TAPE NO., SIDE, REEL NO.: TC 05-10

**PROCEEDINGS**

☐ NONDISPOSITIVE MOTION          ☐ INITIAL PRETRIAL CONFERENCE (CMC)
  ☐ CONTESTED                    ☒ DISCOVERY CONFERENCE
  ☐ UNCONTESTED                  ☐ SETTLEMENT CONFERENCE
☐ DISPOSITIVE MOTION             ☐ FINAL PRETRIAL CONFERENCE
☐ EVIDENTIARY HEARING            ☐ MOTION HEARING/ARGUMENT
☐ FEE APPLICATION                ☐ IRS ENFORCEMENT ORDERS
☐ STATUS CONFERENCE              ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY: ☐ PLAINTIFF ☐ DEFENDANT ☒ COURT

CASE CONTINUED TO: _____

**NOTES**

G:\BZALL\-REFS\ASIS V. VISTAPRINT\MINUTE ORD 1.wpd

# Court Conference

U.S. District Court-N.D. Cal. San Francisco
Confirmed Telephonic Appearance Schedule
Judge Bernard Zimmerman G

Calendar Date: 02/02/2010
Calendar Time: 09:00 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Asis Internet Services vs. Vistaprint USA, Inc., et al | C08-5261 | Hearing | 3324366 | Andrew Graziani(Client) | (415) 693-2852 | Cooley Godward Kronish LLP | Client, Andrew Graziani / LISTEN ONLY |
| | | Asis Internet Services vs. Vistaprint USA, Inc., et al | C08-5261 | Hearing | 3323243 | Joe Leventhal | 858-550-6041 | Cooley Godward Kronish LLP | Defendant(s), Vistaprint USA, Inc. / LIVE |
| | | Asis Internet Services vs. Vistaprint USA, Inc., et al | C08-5261 | Hearing | 3323272 | Jason K. Singleton | 707-441-1177 | Singleton Law Group | Plaintiff(s), Asis Internet Services / LIVE |