UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ASIS INTERNET SERVICES, | ) | |
| Plaintiff(s), | ) | No. C08-5261 SBA (BZ) |
| v. | ) | |
| VISTAPRINT USA, INC., et al., | ) | **SECOND DISCOVERY ORDER** |
| Defendant(s). | ) | |

Following a telephonic conference where all parties were represented by counsel, **IT IS ORDERED THAT** the parties make one final attempt to meet and confer in an effort to resolve this dispute having in mind the views expressed by the Court, especially as to the scope of the subpoena. If they are unsuccessful plaintiff is given leave to file a motion to quash the third party subpoenas. The motion shall be filed by **FEBRUARY 23, 2010.** Any opposition shall be filed by **MARCH 9, 2010.** Any reply shall be filed by **MARCH 16, 2010.** The Court

///

///

///

1

will schedule a hearing if necessary.

Dated: February 2, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ASIS V. VISTAPRINT\DISC ORD 2.wpd