IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Asis Internet Services     NO. CV 08-05261 SBA

Plaintiff,

v.

**CLERK'S NOTICE RE DEFICIENCY**

Vistaprint USA,

Defendant.

_____/

Please be advised that on **03/01/2010,** the incorrect docket event was used by counsel **Miscellaneous - Letter Requesting Continuance of Briefing Schedule [68].**

The correct event code is: MOTION. Re-posting is required to correct this CM/ECF entry. This correction must be completed no later than 24 hours from receipt of the notification.

If you have any question please contact the assigned Case Systems Administrator

Thank you for your cooperation in this matter.

Date: 03/02/2010

_____
Jessie Mosley
510-637-3536
Case Systems Administrator