| | |
|---|---|
| 1 | COOLEY GODWARD KRONISH LLP |
| 2 | MAZDA K. ANTIA (214963) (mantia@cooley.com) <br> JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com) |
| 3 | MICHELLE L. WASSERMAN (254686) (mwasserman@cooley.com) <br> 4401 Eastgate Mall |
| 4 | San Diego, CA 92121 <br> Telephone: (858) 550-6000 |
| 5 | Facsimile: (858) 550-6420 |
| 6 | Attorneys for Defendant <br> VISTAPRINT USA, INCORPORATED |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER dba KNEELAND ENGINEERING, dba FOGGY.NET, <br><br> Plaintiffs, <br><br> v. <br><br> VISTAPRINT USA, INC., a Delaware corporation, and DOES ONE through FIFTY, inclusive, <br><br> Defendants. | Case No. 08-CV-5261-SBA <br><br> **VISTAPRINT USA, INCORPORATED'S SUPPLEMENTAL CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Defendant Vistaprint USA, Incorporated, by and through its undersigned counsel of record, hereby supplants its previous certification of interested entities or persons, as certain required information has changed. Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Vistaprint Limited, a Bermuda exempted company, is the parent company of Vistaprint USA, Incorporated, a Delaware corporation. Vistaprint Limited has a financial interest in Vistaprint USA, Incorporated, its wholly owned subsidiary.

2. Vistaprint N.V., a publicly traded Dutch company, is the parent company of Vistaprint Limited. Vistaprint N.V. has a financial interest in Vistaprint Limited, its wholly owned subsidiary.

Dated: March 2, 2010

COOLEY GODWARD KRONISH LLP
MAZDA K. ANTIA (214963)
JOSEPH S. LEVENTHAL (221043)
MICHELLE L. WASSERMAN (254686)

s/ Joseph S. Leventhal
Joseph S. Leventhal (221043)
Attorneys for Defendant
VISTAPRINT USA, INCORPORATED
Email: jleventhal@cooley.com

663344 v1/SD