COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)
MICHELLE L. WASSERMAN (254686) (mwasserman@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Defendant
VISTAPRINT USA, INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER dba KNEELAND ENGINEERING, dba FOGGY.NET,<br><br>Plaintiffs,<br><br>v.<br><br>VISTAPRINT USA, INCORPORATED, a Delaware corporation, VISTAPRINT LIMITED, a Bermuda Company, aka VISTAPRINT.COM, aka VISTAPRINT, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. 08-cv-5261 SBA BZ<br><br>**ORDER CONTINUING BRIEFING SCHEDULE** |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

[PROPOSED] ORDER CONTINUING
BRIEFING SCHEDULE
08-CV-5261 SBA BZ

| | |
|---|---|
| 1 | Good cause appearing, the briefing schedule and hearing on a motion for summary |
| 2 | judgment in this matter is continued as follows: |
| 3 |     Deadline to file motion:    April 20, 2010 |
| 4 |     Deadline to file opposition:    May 4, 2010 |
| 5 |     Deadline to file reply:    May 11, 2010 |
| 6 |     Hearing on motion:    May 25, 2010 at 1:00 p.m. |
| 7 | The continued case management conference, previously scheduled for April 20, 2010, at 1:00 |
| 8 | p.m. is continued until May 25, 2010 at 1:00 p.m. |

**IT IS SO ORDERED.**

Dated: 3/8/10

                                *Saundra B. Armstrong*
                                Saundra B. Armstrong
                                United States District Judge

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO