UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASIS INTERNET SERVICES, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>VISTAPRINT USA, INCORPORATED, et al.,<br><br>Defendants. | Case No.  4:08-cv-05261 SBA<br><br>**ORDER** |

Presently before the Court is plaintiffs' Administrative Motion to Seal Certain Documents Filed in Support of Plaintiff's Motion for Summary Judgment. (Docket No. 79.) Plaintiffs request that Exhibit G to the Declaration of Nella White and Exhibit E to the Declaration of Joel Householter be filed under seal because they contain plaintiffs' unredacted email directories and represent the client contact list for the email service providers. Plaintiffs also request that Exhibits A and C to the Declaration of Roberta Alliston be filed under seal because they contain contracts and orders with VistaPrint's partners, as well as a complete list of VistaPrint's partners. VistaPrint considers this information a trade secret that would put them at a competitive disadvantage if exposed.

Local Rule 79-5(a) specifies that a sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable. The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(b) or (c). Here, plaintiffs' Administrative Motion to Seal Certain Documents Filed in Support of Plaintiff's Motion for Summary Judgment is narrowly tailored and complies with L.R. 79-5(a).

Case No. 4:08-cv-04147 SBA

1 | Accordingly, plaintiffs' Administrative Motion to Seal Certain Documents Filed in
2 | Support of Plaintiff's Motion for Summary Judgment is GRANTED.
3 | IT IS SO ORDERED.
4 | Dated: 4/1/10

*Saundra B. Armstrong*
Honorable Saundra B. Armstrong