1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ASIS INTERNET SERVICES, et al.,

Plaintiffs,

vs.

VISTAPRINT USA, INCORPORATED, et al.,

Defendants.

Case No. C 08-5261 SBA

**ORDER**

[Docket No. 91]

Presently before the Court is Defendant Vistaprint USA Incorporated's ("Defendant") Administrative Motion to Seal.  Defendant requests that the following items be filed under seal:

(1) Pages 79-81 of Exhibit 4 to the Declaration of Joseph S. Leventhal in Support of Vistaprint USA's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment ("Leventhal Declaration") because they reveal financial information regarding Plaintiff;

(2) Exhibits 5 and 6 to the Leventhal Declaration because they contain emails addresses of third parties that represent Plaintiffs' client contact list and, *inter alia*, their disclosure could expose the users of those email accounts to security risks; and

(3) Paragraph 5 of the Declaration of Allison Henriquez in Support of Vistaprint USA's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment because it discusses Defendant's efforts aimed at preventing its contractual partners from violating commercial email statutes.  Defendant states its dissemination could enable those partners, and others, to circumvent Defendant's measures.

Local Rule 79-5(a) specifies that a sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable.  The request must

be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(b) or (c). Here, Defendant's Administrative Motion to Seal is narrowly tailored and complies with L.R. 79-5(a).

Accordingly, Defendant's Administrative Motion to Seal is GRANTED.

IT IS SO ORDERED.

Dated: April 27, 2010

_____
Honorable Saundra B. Armstrong