COOLEY LLP
MAZDA K. ANTIA (214963) (mantia@cooley.com)
JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)
MICHELLE L. WASSERMAN (254686) (mwasserman@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:  (858) 550-6000
Facsimile:  (858) 550-6420

Attorneys for Defendant
VISTAPRINT USA, INCORPORATED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER dba KNEELAND ENGINEERING, dba FOGGY.NET,<br><br>                    Plaintiffs,<br><br>          v.<br><br>VISTAPRINT USA, INCORPORATED, a Delaware corporation, and DOES ONE through FIFTY, inclusive,<br><br>                    Defendants. | Case No.  08-cv-5261 SBA BZ<br><br>**JOINT STIPULATION TO WITHDRAW PENDING MOTIONS FOR SUMMARY JUDGMENT (DOCKET NOS. 72 & 85)** |

**WHEREAS,** Plaintiffs Asis Internet Services and Joel Householter ("Plaintiffs") on the one hand, and Defendant Vistaprint USA, Incorporated ("Defendant") on the other hand (collectively, the "Parties"), have been engaged in settlement discussions;

**WHEREAS,** as a result of the settlement discussions, the Parties have reached a settlement in principle, pending the execution of a written settlement agreement;

**WHEREAS,** the Parties seek to save judicial and party resources by avoiding continued briefing on their respective motions for summary judgment, which are currently scheduled to be

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

STIPULATION TO WITHDRAW
PENDING MOTIONS FOR SUMMARY JUDGMENT
08-CV-5261 SBA BZ

1    heard by the Court on May 25, 2010, at 1:00 p.m., thereby enabling the parties to finalize a

2    settlement agreement.

3         NOW THEREFORE THE PARTIES STIPULATE THAT their pending motions for summary

4    judgment are hereby withdrawn.  Plaintiffs' motion for summary judgment is Docket No. 72 and

5    Defendant's motion for summary judgment is Docket No. 85.

6         THE PARTIES FURTHER STIPULATE THAT the withdrawal of their pending motions for

7    summary judgment does not waive any rights with respect to re-filing their motions for summary

8    judgment, or otherwise seeking relief from the Court, should the Parties be unable to execute a

9    final settlement agreement.

10

11   IT IS SO STIPULATED:

12   Dated: May 3, 2010                              COOLEY LLP

13

14                                                  s/Joseph S. Leventhal
                                                    _____
15                                                  Joseph S. Leventhal (221043)
                                                    Attorney for Defendant
16                                                  VISTAPRINT USA, INCORPORATED

17

18   Dated: May 3, 2010                              SINGLETON LAW GROUP

19

20                                                  s/Jason K. Singleton
                                                    _____
                                                    Jason K. Singleton (166170)
21                                                  Attorneys for Plaintiffs
                                                    ASIS INTERNET SERVICES and
22                                                  JOEL HOUSEHOLTER

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

STIPULATION TO WITHDRAW
PENDING MOTIONS FOR SUMMARY JUDGMENT
08-CV-5261 SBA BZ

1       Pursuant to Section X (B) of General Order No. 45 of the United States District Court for

2 the Northern District of California, I certify that the content of this document is acceptable to

3 counsel named herein and that I have obtained authorization from Jason Singleton to affix his

4 electronic signature to this document.

5 */s/ Joseph S. Leventhal*

6 JOSEPH S. LEVENTHAL (221043)
COOLEY LLP

7 4401 Eastgate Mall
San Diego, CA  92121

8 Telephone: 858-550-6041
Fax: 858-550-6420

9 Email: jleventhal@cooley.com

10 671686/SD

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

STIPULATION TO WITHDRAW
PENDING MOTIONS FOR SUMMARY JUDGMENT
08-CV-5261 SBA BZ