COOLEY LLP
MAZDA K. ANTIA (214963) (mantia@cooley.com)
JOSEPH S. LEVENTHAL (221043) (jleventhal@cooley.com)
MICHELLE L. WASSERMAN (254686) (mwasserman@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Defendant
VISTAPRINT USA, INCORPORATED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER dba KNEELAND ENGINEERING, dba FOGGY.NET,<br><br>Plaintiffs,<br><br>v.<br><br>VISTAPRINT USA, INCORPORATED, a Delaware corporation, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. 08-cv-5261 SBA BZ<br><br>**JOINT STIPULATION OF DISMISSAL** |

    Plaintiffs Asis Internet Services and Joel Householter ("Plaintiffs"), by and through their counsel of record, and Defendant Vistaprint USA, Incorporated ("Vistaprint"), by and through its counsel of record, set forth the following:

    **WHEREAS,** Plaintiffs and Vistaprint have reached a mutually satisfactory resolution of all issues between them that were the subject of the action against Vistaprint;

    **WHEREAS**, the parties desire to dismiss all claims asserted by Plaintiffs against Vistaprint in the above captioned action with prejudice;

1   **NOW, THEREFORE,** Plaintiffs and Vistaprint jointly request and stipulate to the entry of an Order providing that:

1. All claims asserted by Plaintiffs against Vistaprint in the action are dismissed with prejudice; and
2. Each of the parties herein shall bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of the action.

**IT IS SO STIPULATED:**

Dated: May 14, 2010                     COOLEY LLP

                                        s/Joseph S. Leventhal
                                        Joseph S. Leventhal (221043)
                                        Attorney for Defendant
                                        VISTAPRINT USA, INCORPORATED

Dated: May 14, 2010                     SINGLETON LAW GROUP

                                        s/Jason K. Singleton
                                        Jason K. Singleton (166170)
                                        Attorneys for Plaintiffs
                                        ASIS INTERNET SERVICES and
                                        JOEL HOUSEHOLTER

Pursuant to Section X (B) of General Order No. 45 of the United States District Court for the Northern District of California, I certify that the content of this document is acceptable to counsel named herein and that I have obtained authorization from Jason Singleton to affix his electronic signature to this document.

*/s/ Joseph S. Leventhal*
JOSEPH S. LEVENTHAL (221043)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: 858-550-6041
Fax: 858-550-6420
Email: jleventhal@cooley.com

672872 v1/SD